**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARCEL JOHNSON, NEIL HIRSCH and JEFFREY L. FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11455 DPW<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company hereby files its corporate disclosure statement. The Gillette Company ("Gillette") does not have any parent corporations. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

                                          THE GILLETTE COMPANY

                                          /s/ Mark P. Szpak
                                          Harvey J. Wolkoff  (BBO #532880)
                                          Mark P. Szpak (BBO #546261)
                                          ROPES & GRAY LLP
                                          One International Place
                                          Boston, MA 02110-2624
                                          Telephone: (617) 951-7000
                                          Facsimile: (617) 951-7050

Dated:  September 23, 2005