UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCELL JOHNSON, NEIL HIRSCH and JEFFREY L. FRIEDMAN, on behalf of themselves and all others similar situated,<br><br>    Plaintiffs,<br> v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 05-11455-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

            Respectfully submitted,

            */s/Mark P. Szpak*
            Mark P. Szpak (BBO #546261)
            ROPES & GRAY LLP
            One International Place
            Boston, Massachusetts 02110
            T (617) 951-7522
            F (617) 951-7050

Dated: January 20, 2006

9914604_1.DOC