UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCELL JOHNSON, NEIL HIRSCH and JEFFREY L. FRIEDMAN, on behalf of themselves and all others similar situated, <br><br> Plaintiffs, <br> v. <br><br> THE GILLETTE COMPANY, <br><br> Defendant. | Civil Action No. 05-11455-PW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO #532880)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated: January 20, 2006

9914607_1.DOC