UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCELL JOHNSON, NEIL HIRSCH and JEFFREY L. FRIEDMAN, on behalf of themselves and all others similar situated,<br><br>            Plaintiffs,<br>v.<br><br>THE GILLETTE COMPANY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11455-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The Gillette Company, in the above captioned action.

                                                                                      Respectfully submitted,

                                                                                      */s/Emily C. Shanahan*
                                                                                       Emily C. Shanahan (BBO #643456)
                                                                                       ROPES & GRAY LLP
                                                                                       One International Place
                                                                                       Boston, Massachusetts 02110
                                                                                       T (617) 951-7522
                                                                                       F (617) 951-7050

Dated: January 20, 2006

9914605_1